UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT STOICO,

      Plaintiff,

v.                                                   Case No.  8:07-cv-2254-T-24 MAP

J & G WFR, INC.,

      Defendant.
_____/

**ORDER**

This cause comes before the Court on Defendant's Motion to Set Aside Entry of Default. (Doc. No. 13).  Plaintiff has not filed a response in opposition, and as such, the Court deems the motion to be unopposed.  Since this Court prefers to reach the merits of the case as opposed to decide it on a technicality, the Court will grant the motion and direct the Clerk to vacate the entry of default (Doc. No. 7).

**DONE AND ORDERED** at Tampa, Florida, this 8th day of April, 2008.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record